IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01664-ZLW-MJW

COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation,
ROBIN BOLDUC,
BRUCE GOGUEN, and
BRADY GOGUEN, by and through his parents and next friends, ROBIN BOLDUC and
 BRUCE GOGUEN,

   Plaintiffs,

v.

BROOMFIELD URBAN RENEWAL AUTHORITY, a Colorado municipal corporation,
and
BROOMFIELD SPORTS AND ENTERTAINMENT, LLC,

   Defendants

---

**MINUTE ORDER** (Docket No. 20)

---

Entered by Mag. Judge Michael J. Watanabe

Dated: September 4Th, 2009

It is ORDERED that the parties' Joint Motion to Vacate and Reset Scheduling/Planning Conference and for a Continuance of Time to Submit Fed. R. Civ. P. 26(a)(1) Disclosures and Settlement Statements (Doc. No. 20) is granted. The September 14, 2009 Scheduling/Planning conference is VACATED and RESET to October 19, 2009 @ 8:30am. The parties' proposed scheduling order, Fed. R. Civ. P. 26(a)(1) disclosures and confidential settlement statements are due October 14, 2009.