IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 09-cv-01664-ZLW-MJW

COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation,
ROBIN BOLDUC,
BRUCE GOGUEN, and
BRADY GOGUEN, by and through his parents and next friends, ROBIN BOLDUC and BRUCE GOGUEN,

    Plaintiffs,

v.

CITY AND COUNTY OF BROOMFIELD, a Colorado municipal corporation, and
BROOMFIELD URBAN RENEWAL AUTHORITY, a Colorado municipal corporation,

    Defendants.

---

### MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Dated: September 8, 2009

    It is ORDERED that the Stipulated Motion To Dismiss The City And County Of Broomfield, Colorado Pursuant To Fed. R. Civ. P. 21 (Doc. No. 15; Aug. 31, 2009) is denied as moot.  In Plaintiffs' Amended Complaint (Doc. No. 19; Sep. 1, 2009), The City And County of Broomfield, Colorado is not named as a party.  Additionally, it is

    FURTHER ORDERED that Plaintiffs' Unopposed Motion To Join Broomfield Sports And Entertainment LLC As A Defendant (Doc. No. 16; Aug. 31, 2009) is denied as moot.  In Plaintiffs' Amended Complaint, Broomfield Sports and Entertainment LLC is named as a party and no further Court action is necessary.