IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01664-ZLW-MJW

COLORADO CROSS-DISABILITY COALITION, et al,

Plaintiff(s),

v.

CITY AND COUNTY OF BROOMFIELD, et al,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiffs' Unopposed Motion to Vacate Scheduling/Planning Conference, DN 29, filed with the Court on October 14, 2009, is GRANTED.  The scheduling conference set on October 19, 2009 at 8:30 a.m., is VACATED.   The parties shall have up to and including October 30, 2009 in which to file their settlement documents or a joint written status report with the Court.

Date:  October 16, 2009