IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 09-cv-01664-ZLW-MJW

COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation,
ROBIN BOLDUC,
BRUCE GOGUEN, and
BRADY GOGUEN, by and through his parents and next friends, ROBIN BOLDUC and
    BRUCE GOGUEN,

    Plaintiffs,

v.

BROOMFIELD URBAN RENEWAL AUTHORITY, a Colorado municipal corporation,
and
BROOMFIELD SPORTS AND ENTERTAINMENT, LLC,

    Defendants.

_____

## ORDER
_____

    The Court has reviewed the Stipulation of Dismissal of Claims Against Broomfield Urban Renewal Authority, filed October 19, 2009 [doc. # 32] and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(I), **IT IS ORDERED**:

    This case is dismissed against defendant Broomfield Urban Renewal Authority with prejudice.

    **IT IS FURTHER ORDERED**:

    Defendant Broomfield Urban Renewal Authority shall pay all monetary payments required by the Judgment, entered October 7, 2009 [doc. # 28], and attorneys' fees and costs in the amount of $8,500.00 to plaintiffs on or before November 4, 2009.

DATED at Denver, Colorado this 21st day of October, 2009.

BY THE COURT:

*[signature: Zita L. Weinshienk]*

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court